451 A.2d 562

Equibank, etc. v. Gilman, et ux.

Appeal of Robert Woods.

Reargument Denied Oct. 28, 1982.

Petition for Allowance of Appeal Denied Dec. 6, 1982.

Argued February 8, 1982. Stephen Israel, for appellant; Sidney R. Finkel, did not file a brief on behalf of Equibank, appellee; Alfred C. Maiello, did not file a brief on behalf of Douglas

624

Gilman, appellee;  James David Elder, did not file a brief on behalf of Lucille Gilman, appellee;  Norman Paul Wolken, did not file a brief on behalf of Sheriff, participating party.